Lindsay P. S. Kolba, Assistant United States Trustee   E-filed on June 17, 2020
State Bar #GA 541621
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 235
Facsimile:  (702) 388-6658
lindsay.p.kolba@usdoj.gov

Attorney for the United States Trustee
    TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 20-12890-mkn |
| PLAYERS NETWORK, | Chapter 11 |
| Debtor. | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

    Edward Burr
    10191 E. Shangri La Road
    Scottsdale, AZ  85260
    Phone: (602) 418-2906
    Email: Ted@macrestructuring.com

Dated: June 17, 2020    TRACY HOPE DAVIS
    UNITED STATES TRUSTEE

    By: */s/ Lindsay P. S. Kolba*
    Lindsay P. S. Kolba
    Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 20-12890-mkn |
| PLAYERS NETWORK, | CHAPTER 11 |
| Debtor(s) | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $375.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated:    June 17, 2020                                     /s/   *Edward M. Burr*
                                                                    Edward M. Burr