E FILED ON 06/18/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

\* \* \* \* \* \*

| In re: | ) | BANKRUPTCY NUMBER: |
| --- | --- | --- |
|  | ) | BK-S-20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Date: July 22, 2020 |
|  | ) | Time: 9:30 a.m. |

### APPLICATION FOR APPROVAL OF EMPLOYMENT AS ATTORNEY FOR DEBTOR

TO: OFFICE OF THE UNITED STATES TRUSTEE; and

TO: THE HONORABLE MIKE K. NAKAGAWA,
UNITED STATES BANKRUPTCY COURT

Comes now, the Debtor, above-named, and applies to this Court for an Order employing THOMAS E. CROWE, ESQ., as the attorney to represent it in the course of and for purposes of the above-captioned Chapter 11 proceeding as follows:

1. Employment of an Attorney for the Debtor is a necessity for the Debtor to properly effectuate and comply with the provisions of Chapter 11 of the Bankruptcy Code.

2. Said attorney will be engaged to perform all services relating to the completion of the Chapter 11 proceedings, including the 341 meeting, preparation of all appropriate orders, filing of all evidence of insurance, etc., filing of monthly operating reports, and all other necessary and essential items to the successful completion of the Chapter 11 proceeding.

3. The terms and conditions of the employment agreement under which the attorney will be retained is as follows. During the pre-petition period, Debtor paid $10,000.00, plus a filing fee advance of $1,717.00. This amount was applied to pre-petition legal fees for pre-petition conferences with Debtor regarding case procedures, fees policy, bank accounts (DIP), documents to be provided at 341 and Initial Debtor Interview meeting, credit counseling requirements, drafting, revising and filing petition, schedules and statements. The Attorney will bill time at $425.00 per hour. Paralegals will bill time at $175.00 per hour.

4. The reason for retention generally and of the proposed attorney are as follows. Chapter 11 of the Bankruptcy Code is a complicated legal framework requiring competent attorney advice and representation. There are numerous legal hurdles to confirmation of a Chapter 11 Plan, to surmount which requires the services of an attorney. Individual Chapter 11 Debtors are typically not competent, unassisted, to meet the necessary burden of proof to satisfy the confirmation requirements of Code §1129 and thereafter receive a discharge.

Proposed counsel herein possesses twenty-seven years of Bankruptcy experience in this district and has personally handled over 3,000 Bankruptcy cases to completion including forty-five individual Chapter 11 cases within the previous five years. Proposed counsel is also, through investigation, intimately familiar with the facts of the instant Debtor's case and the legal issues which must be satisfied un order for him to achieve confirmation and discharge.

5. This application is made pursuant to 11 USC §327(a) and Bankruptcy Rule 2014. The Attorney has had no adverse or non-adverse connection with the Debtor, any professionals previously utilized by the Debtor, creditors of the Debtor, any other parties in interest, their respective attorneys and accountants, the Office of the United States Trustee or any employee of the

Office of the United States Trustee, nor are there any other connections to the Debtor, creditors of the Debtor, any other parties in interest, their respective attorneys and accountants. The Attorney is unaware of having any current adverse or non-adverse interest to any of the parties of interest, the Debtor's creditors, accountants and their respective counsel.

6. Proposed Counsel is a disinterested professional in regard to the estate in this case. Proposed Counsel is not a creditor or insider of the Debtor. Proposed Counsel has not been previously employed by the Debtor. Proposed Counsel has no interest materially adverse to the interest of the estate or any class of creditors and has no other direct or indirect relationship with the Debtor other than representing Debtor as Debtor-in-Possession in this case. Proposed Counsel has no pre-petition claim against the Debtor.

7. A copy of the Fee Agreement entered into between the Debtor and THOMAS E. CROWE, ESQ. is attached hereto as Exhibit A. Debtor's statement is attached as Exhibit B and Affidavit of Proposed Attorney is attached as Exhibit C.

DATED this 18th day of June, 2020.

Respectfully Submitted:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
By /s/ THOMAS E. CROWE
 THOMAS E. CROWE, ESQ.
 State Bar No. 3048
 2830 S. Jones Blvd. #3
 Las Vegas, NV 89146
 Attorney for Debtor

**EXHIBIT A**

# THOMAS E. CROWE PROFESSIONAL LAW CORPORATION
# FEE AND BILLING POLICY

## CHAPTER 11 BANKRUPTCY

### (Effective 3/5/2020)

**All work is billed on an hourly basis.** Attorney time is billable throughout at $425.00 per hour, paralegal time at $175.00 per hour. <u>No maximum fee is set on any case</u>. Do not consider us as your representative unless and until the full amount of the retainer stated on the following page has been paid. We will neither undertake nor be responsible for any work on your behalf until receipt of the retainer stated. If the retainer has not been received by the date stated on the previous page, your case will be closed and all papers returned to you forthwith. Any amounts unearned pre-petition or received post-petition will be retained in the Attorney Trust Account pending Court approval of fee applications.

**BROKEN APPOINTMENT AGREEMENT:** The client will give the office 24 hours notice of any appointment that cannot be kept.

NOTE: WITHDRAWAL FROM CASE: The attorney may withdraw from a bankruptcy case when the case is complete, that is, upon confirmation of a Plan in Chapter 11 **or discharge, if later**. Additionally, the IRS Power of Attorney will be revoked upon the attorney's withdrawal. You will receive notice of both the withdrawal and the revocation of the Power of Attorney. After withdrawal, the attorney will no longer be responsible for your case. Should you require further services **after** withdrawal, a further additional retainer will be required. The retainer will be based upon the work to be done in the case.

Page 1

NOTE: Retainer checks must clear the bank prior to filing a bankruptcy (minimum 14 days). Certified funds or cash would be preferred.

## FOR INDIVIDUAL CHAPTER 11 FILERS ONLY:

NOTE: YOU ARE REQUIRED TO COMPLETE A CREDIT COUNSELING COURSE <u>PRIOR</u> TO FILING A BANKRUPCTY. YOU WILL BE RESPONSIBLE FOR THE FEES INVOLVED FOR SAID COUNSELING. ADDITIONALLY, YOU WILL REQUIRED TO COMPLETE A "DEBTOR EDUCATION" COURSE <u>PRIOR</u> TO RECEIVING A DISCHARGE IN YOUR BANKRUPTCY. YOU WILL BE RESPONSIBLE FOR THE FEES INVOLVED FOR SAID COURSE. WE WILL PROVIDE THE LIST OF <u>COURT</u> <u>APPROVED</u> AGENCIES THAT OFFER THE COUNSELING AND COURSES. YOU MUST OBTAIN A CERTIFICATION FROM ONE OF THE AGENCIES <u>ON THE LIST</u>!

_____
CLIENT'S INITIALS

## PERSONAL GUARANTEE

IN CONSIDERATION of the services provided by THOMAS E. CROWE, ESQ. for Chapter 11 bankruptcy proceedings, on behalf of the below-referenced corporation, I, MARK BRADLEY, **personally** guarantee payment of all fees and costs incurred for said bankruptcy proceeding or tax resolution matter.

Corporate Name:  THE PLAYERS NETWORK, INC.

_____ Mark Bradley _____
PRINT NAME

_____ [signature] _____
SIGNATURE

DATE:  5/20/2020

_____ [initials] _____
CLIENT'S INITIALS

Page 3

# REPRESENTATION AGREEMENT

**CLIENT:**                                            The Players Network, Inc.

**MATTER:** <u>CHAPTER 11</u>                         $10,000.00

**FILING FEE:**                                        $1,717.00

**DATE OF AGREEMENT:**                                 May 10, 2020

**RETAINER**                                           $10,000.00-DUE IMMEDIATELY

**BALANCE**                                            $1,717.00

**PAYABLE:**                                           Prior to Filing Petition

**COPIES AND POSTAGE ($25.00 PER)**                    <u>PAID BY CLIENT WHEN INCURRED</u>

There could be fees in addition to the above-stated amount, in undetermined amounts. All fees in addition to the amounts stated on this page shall be subject to approval of the United States Bankruptcy Court and paid in accordance with the terms of the Bankruptcy Code.

The foregoing, including the statement of policy and fee schedules attached, is understood and hereby agreed to.

**BUSINESS NAME:**                                     THE PLAYERS NETWORK, INC.

**DATE:**                   **SIGNATURE:**             _[signature]_

                            **PRINT NAME:**            Mark Bradley

                            **PRINT TITLE:**           CEO

**PAGE 4**

# EXHIBIT B

## DEBTOR'S STATEMENT

MARK BRADLEY, President of the Debtor herein, makes his solemn oath that the statements contained therein are true according to the best of his knowledge, information and belief.

DATED this ___ day of June, 2020.

PLAYERSNETWORK, INC.

/s/ *(signature)*
MARK BRADLEY
President

# EXHIBIT C

AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF NEVADA  )
                 ss:
COUNTY OF CLARK  )

THOMAS E. CROWE, ESQ., being first duly sworn, deposes and says:

1. That I am an attorney-at-law admitted to practice in the State of Nevada and in the above-captioned Court.

2. That I am employed at 2830 S. Jones Blvd. Ste. 3, Las Vegas, Nevada 89146.

3. That I have not, in any form or guise, shared or agreed to share the compensation paid or allowed from the estate to me with any other people, nor shall I share in the compensation of any other person rendering services in this case or in connection with this case.

4. That to the best of my knowledge, Affiant has had no adverse or non-adverse connection with the Debtor, any professionals previously utilized by the Debtor, creditors of the Debtor, any other parties in interest, their respective attorneys and accountants, the Office of the United States Trustee, or any employee of the Office of the United States Trustee, nor are there any other connections to the Debtor, creditors of the Debtor, any other parties in interest, their respective attorneys and accountants.   Affiant has had no previous connection professional, personal or otherwise with the Debtor.

5. Affiant is not a creditor or insider of the Debtor. Affiant has not been previously employed by the Debtor. Affiant has no interest materially adverse to the interest of the estate or any class of creditors and has no other direct or indirect relationship with the Debtor other than representing Debtor as Debtor-in-Possession in this case. Affiant has no pre-petition claim

against the Debtor.

6. That Affiant is unaware of any current adverse or non-adverse interest to any of the parties of interest, the Debtor, creditors, accountants and their respective counsel.

Further, Affiant sayeth naught.

DATED this ___ day of June, 2020.

/S/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.

SUBSCRIBED and SWORN to before me
This ___ day of June, 2020.

/s/ JANE SUZANNE NOBEL
NOTARY PUBLIC in and for said
County and State.

###

E FILED ON
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \* \*

| In re: | ) | BANKRUPTCY NUMBER: |
|---|---|---|
|  | ) | BK-S-20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
|  | ) |  |
|  | ) |  |
| Debtor. | ) | Date: July 22, 2020 |
|  | ) | Time: 9:30 a.m. |

**PROPOSED ORDER RE: APPLICATION FOR APPROVAL OF
EMPLOYMENT AS ATTORNEY FOR DEBTOR**

PURSUANT TO the Application for Approval of Employment as Attorney for

Debtor-in-Possession filed herein, and upon the stated approval of the U.S. Trustee, it is

ORDERED that THOMAS E. CROWE, ESQ., be and is hereby appointed as

///

///

///

Attorney for Debtor in this matter, upon the terms and conditions stated in said application and for all purposes through the closing of the case.

Respectfully Submitted By:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By /s/ THOMAS E. CROWE
　THOMAS E. CROWE, ESQ.
　2830 S. Jones Blvd. #3
　Las Vegas, NV 89146
　Attorney for Debtor-in-possession

In Accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
_____ The Court has waived the requirement set forth in LR 9021(b)(1).
_____ No party appeared at the hearing or filed an objection to the motion.
_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

　　　　　　　　　　　　　　　　　　　　　　　　By /s/ THOMAS E. CROWE
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS E. CROWE, ESQ.

###