**E-FILED 06/25/2020**
**THOMAS E. CROWE PROFESSIONAL LAW CORP.**
2830 S. Jones Blvd. #3
LAS VEGAS, NV 89146
(702) 794-0373

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re                                                                 Case No. **BK-S-20-12890-MKN**

PLAYERS NETWORK

_____ Debtor

### AMENDMENT COVER SHEET

The following item have been amended in the above named bankruptcy proceedings (check all applicable boxes)

```
__     Voluntary Petition (specify reason for amendment):
X      Summary of Schedules
__     Schedule A – Real Property
X      Schedule B – Personal Property
__     Schedule C - Property Claimed as Exempt
__     Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
       Add/delete creditor(s), change amount or classification of debt
           __ Add/change address of already listed creditor – No fee
X      Schedule G- Schedule of Executory Contract and Unexpired Leases
__     Schedule H- Codebtors
__     Schedule I- Current Income of Individual Debtor(s)
__     Schedule J- Current Expenditures of Individual Debtor(s)
__     Declaration Regarding Schedules
X      Statement of Financial Affairs and/or Declaration
__     Chapter 7 Individual Debtor's Statement of Intention
__     Disclosure of Compensation of Attorney for Debtor
__     Statement of Current Monthly Income and Means Test Calculations (Form 22A, 22B, or 22C)
__     Certification of Credit Counseling
__     Other: Chapter 13 Statement Of Current Monthly Income And Calculation Of Commitment Period
       And Disposable Income
```

**Amendment of debtor(s) Social Security Number requires the filter to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website:**
**www.nvb.uscourts.gov**

_/s/ MARK BRADELY_
**MARK BRADLEY**
**CHIEF EXECUTIVE OFFICER OF PLAYERS NETWORK**

Fill in this information to identify the case:

Debtor name: **PLAYERS NETWORK**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (If known): **20-12890-MKN**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 58,000.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ 58,000.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. +$ 5,252,096.86

4. **Total liabilities** ..................................................................................................................... $ 5,252,096.86
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name: **PLAYERS NETWORK**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): **20-12890-MKN**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. Mutual funds or publicly traded stocks not included in Part 1<br>Name of fund or stock: | | |
| 14.1. TREASURY STOCK/COMPANY SHARES. CURRENTLY NOT OF ANY VALUE | | $0.00 |

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 1

Debtor **PLAYERS NETWORK**     Case number *(If known)* **20-12890-MKN**
    Name

| Name of entity: | % of ownership | | |
|---|---|---|---|
| 15.1. **GREEN LEAF FARM HOLDINGS** | 86 | % | Unknown |
| 15.2. **GLFI, INC.** **CURRENTLY NO VALUE - START UP** | 95 | % | $0.00 |

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
    Describe:

17. **Total of Part 4.**     $0.00
    Add lines 14 through 16. Copy the total to line 83.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software **AUDIO COMPUTERS** | $10,000.00 | N/A | $10,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**     $10,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | PLAYERS NETWORK | Case number (If known) 20-12890-MKN |
|---|---|---|
| | Name | |

■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | Notes receivable<br>Description (include name of obligor) | |
| 72. | Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | |
| 73. | Interests in insurance policies or annuities | |
| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | |
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims<br>PLAYERSNETWORK, INC. VS. KATHERINE PETERSEN<br>CASE NO. A-15-728649-C | Unknown |
|  | Nature of claim  CIVIL LAWSUIT<br>Amount requested       $150,000.00 | |
|  | PLAYERSNETWORK VS. TODD PETERSON<br>CASE NO. A-19-791353-C | Unknown |
|  | Nature of claim  CIVIL LAWSUIT<br>Amount requested       $0.00 | |
| 76. | Trusts, equitable or future interests in property | |

| Debtor | **PLAYERS NETWORK** | Case number *(If known)* **20-12890-MKN** |
|---|---|---|
| | Name | |

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **VIDEO LIBRARY OF OLD LAS VEGAS ENTERTAINMENT**      $48,000.00

   **NexgenTV - Content Delivery System**      Unknown

78. **Total of Part 11.**      $48,000.00
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor  **PLAYERS NETWORK**  Case number *(If known)* **20-12890-MKN**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $10,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $48,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $58,000.00    + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $58,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **PLAYERS NETWORK**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **20-12890-MKN**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | CONVERTIBLE STOCK CONTRACT DATE: 11/6/2018 PURCHASE PRICE $250,000.00 | |
| | State the term remaining | | AUCTUS FUND, LLC 545 BOYLSTON STREET, 2ND FLOOR Boston, MA 02116 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | CONVERTIBLE STOCK CONTRACT CONTRACT DATE: 11/6/2018 PURCHASE PRICE $250,000.00 | |
| | State the term remaining | | AUCTUS FUND, LLC 545 BOYLSTON STREET, 2ND FLOOR Boston, MA 02116 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | CONVERTIBLE STOCK CONTRACT | |
| | State the term remaining | | LG CAPITAL FUNDING, LLC C/O JOSEPH ZELMANOVITZ, ESQ. 747 THIRD AVE., SUITE 33B New York, NY 10017 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | SECURITIES PURCHASE AGREEMENT/CONVERTIBLE STOCK CONTRACT PURCHASE PRICE $225,000.00 | |
| | State the term remaining | | SEA OTTER GLOBAL VENTURES/SBI INVESTMENT 369 LEXINGTON AVE., 2ND FLOOR New York, NY 10017 |

Debtor 1   **PLAYERS NETWORK**
        First Name      Middle Name      Last Name

Case number (if known)   **20-12890-MKN**

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PLAYERS NETWORK** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **20-12890-MKN** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $55,000.00 |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $48,000.00 |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $8,314.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **PLAYERS NETWORK**                                                    Case number *(if known)* **20-12890-MKN**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **MARK BRADLEY**<br>**5243 SUNNY BEACH LANE**<br>**Las Vegas, NV 89118**<br>**DIRECTOR/CEO** | 2019 | $60,000.00 | **YEARLY SALARY** |
| 4.2. **BRETT POJUNIS**<br>**3680 WILLOW BEND COURT**<br>**Las Vegas, NV 89121**<br>**DIRECTOR** | 2019 | $40,000.00 | **YEARLY SALARY** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1. **ANDREW H. ORGEL**<br>**VS.**<br>**PLAYERS NETWORK**<br>**A-19-786866-C** | Civil | **DISTRICT COURT OF NEVADA**<br>**333 S. LAS VEGAS BLVD.**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. **AUCTUS FUND, LLC**<br>**VS.**<br>**PLAYERS NETWORK, LLC**<br>**1:20-CV-10766-LTS** | Civil | **DISTRICT COURT OF MASSACHUSETS (BOSTON)**<br>**1 COURTHOUSE WAY**<br>**Boston, MA 02210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **PLAYERS NETWORK**                                           Case number (if known) **20-12890-MKN**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | BLACK MOUNTAIN EQUITIES, INC. AND GEMENI SPECIAL OPPORTUNITIES FUND, LP<br>VS.<br>PLAYERS NETWORK, INC.<br>18-CV-1745(BAS)(AHG) | Civil | SOUTHERN DISTRICT COURT OF CALIFORNIA<br>333 W. BROADWAY #420<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | MICHAEL S. PRATTER<br>VS. PLAYERS NETWORK, INC.<br>A-16746117-C | Civil | EIGHTH JUDICIAL DISTRICT COURT<br>200 LEWIS AVE.<br>Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | LG CAPITAL FUNDING, LLC<br>VS.<br>PLAYERS NETWORK, INC. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | PLAYERS NETWORK, INC.<br>VS.<br>KATHYRN PETERSEN<br>A-15-728649-C | Civil | DISTRICT COURT OF CLARK COUNTY, NV<br>333 S. LAS VEGAS, BLVD.<br>Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | PLAYERS NETWORK<br>VS.<br>TODD PETERSON<br>A-19-791353-C | Civil | DISTRICT COURT OF NEVADA<br>333 S. LAS VEGAS, BLVD.<br>Las Vegas, NV 89101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**

Debtor  **PLAYERS NETWORK**                                    Case number (if known) **20-12890-MKN**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | THOMAS E. CROWE PROFESSIONAL LAW CORPORA 2830 S. JONES BLVD, SUITE 3 Las Vegas, NV 89146 | Attorney Fees And Costs | 5/10/2020 | $11,717.00 |
| | Email or website address tcrowe@thomascrowelaw.com | | | |
| | Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | AUCTUS FUND, LLC 545 BOYLSTON STREET Boston, MA 02116 | 288,000 SHARES OF STOCK ILLEGALLY TRANSFERED TO CREDITOR. | 2/19/2020, 3/23/2020 | $288,000.00 |
| | Relationship to debtor CREDITOR | | | |

### Part 7:  Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1771 E. FLAMINGO RD. Las Vegas, NV 89119 | 3/10/2010-12/15/2019 |

### Part 8:  Health Care Bankruptcies

Debtor **PLAYERS NETWORK**                                     Case number (if known) **20-12890-MKN**

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **CATHAY BANK**<br>**6110 SPRING MOUNTAIN RD.**<br>**Las Vegas, NV 89146** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/2019<br>**CHECKING ACCOUNT** | $500.00 |

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | PLAYERS NETWORK | Case number (if known) 20-12890-MKN |
|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| STORAGE ONE | MARK BRADLEY<br>5243 SUNNY BEACH LANE<br>LAS VEGAS, NV 89118 | OLD BUSINESS EQUIPMENT | ☐ No<br>■ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | PLAYERS NETWORK | Case number (if known) | 20-12890-MKN |
|---|---|---|---|

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | GREEN LEAF FARMS HOLDINGS<br>3939 BELMONT ST<br>North Las Vegas, NV 89030 | AGRICULTURE AND HEMP/CBD | Dates business existed<br>EIN: XX-XXX0663<br>From-To 2015-PRESENT |
| 25.2. | GLFI, INC.<br>5243 SUNNY BEACH LANE<br>Las Vegas, NV 89118 | CONSULTING AND MANAGEMENT SERVICES | EIN: XX-XXX0663<br>From-To |

**26. Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | TODD PETERSON<br>900 GRANGER FORM WAY<br>Las Vegas, NV 89146 | 2006-2019 |
| 26a.2. | MYRON ISLEY<br>10403 ALOE CACTUS ST.<br>Las Vegas, NV 89141 | 2019-2020 |
| 26a.3. | BARRY HALL<br>10325 FALLS CHURCH AVE.<br>Las Vegas, NV 89117 | 2019-2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | M&K CPA'S, PLLC<br>363 N. SAMS HOUSTON PK, SUITE 650<br>Houston, TX 77060 | 2006-2018 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor **PLAYERS NETWORK** _____ Case number *(if known)* **20-12890-MKN**

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BRETT POJUNIS | 3680 WILLOW BEND COURT<br>Las Vegas, NV 89121 | BOARD OF DIRECTOR | .5% |
| MICHAEL BERK | 4424 DULCINEA COURT<br>Woodland Hills, CA 91367 | BOARD OF DIRECTOR | .5 |
| MARK BRADLEY | 5243 SUNNY BEACH LANE<br>Las Vegas, NV 89118 | BOARD OF DIRECTOR | 10% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                      Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                                            Employer Identification number of the parent corporation

Debtor  **PLAYERS NETWORK**                                         Case number (if known) **20-12890-MKN**

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2020**

**/s/ MARK BRADLEY**                                  **MARK BRADLEY**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **CHIEF EXECUTIVE OFFICER**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes