<u>**E-FILED 06/25/2020**</u>
**THOMAS E. CROWE PROFESSIONAL LAW CORP.**
2830 S. Jones Blvd. #3
LAS VEGAS, NV 89146
(702) 794-0373

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re                                                           Case No. **BK-S-20-12890-MKN**

PLAYERS NETWORK

_____ <u>Debtor</u>

### AMENDMENT COVER SHEET

The following item have been amended in the above named bankruptcy proceedings (check all applicable boxes)

| | |
|---|---|
| __X__ | Voluntary Petition (specify reason for amendment): Removing Debtor from Subchapter V status. |
| ___ | Summary of Schedules |
| ___ | Schedule A -- Real Property |
| ___ | Schedule B -- Personal Property |
| ___ | Schedule C - Property Claimed as Exempt |
| ___ | Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders |
| | **Add/delete creditor(s), change amount or classification of debt** |
| ___ | **Add/change address of already listed creditor -- No fee** |
| ___ | Schedule G- Schedule of Executory Contract and Unexpired Leases |
| ___ | Schedule H- Codebtors |
| ___ | Schedule I- Current Income of Individual Debtor(s) |
| ___ | Schedule J- Current Expenditures of Individual Debtor(s) |
| ___ | Declaration Regarding Schedules |
| ___ | Statement of Financial Affairs and/or Declaration |
| ___ | Chapter 7 Individual Debtor's Statement of Intention |
| ___ | Disclosure of Compensation of Attorney for Debtor |
| ___ | Statement of Current Monthly Income and Means Test Calculations (Form 22A, 22B, or 22C) |
| ___ | Certification of Credit Counseling |
| ___ | Other: Chapter 13 Statement Of Current Monthly Income And Calculation Of Commitment Period And Disposable Income |

**Amendment of debtor(s) Social Security Number requires the filter to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: <u>www.nvb.uscourts.gov</u>**


 _/s/ MARK BRADLEY_
**MARK BRADLEY**
**CHIEF EXECUTIVE OFFICER OF PLAYERS NETWORK**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*   **20-12890-MKN**          Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **PLAYERS NETWORK** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  THE PLAYERS NETWORK**<br>**DBA  THE PLAYERS NETWORK, INC.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **88-0343702** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3939 BELMONT STREET**<br>**North Las Vegas, NV 89030**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | Location of principal assets, if different from principal place of business<br>**3939 BELMONT STREET Las Vegas, NV 89119**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor  **PLAYERS NETWORK**                                    Case number (*if known*)  **20-12890-MKN**
  _____
  Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **PLAYERS NETWORK**                                                     Case number (*if known*) **20-12890-MKN**
          Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

███   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **PLAYERS NETWORK** _____   Case number (*if known*) **20-12890-MKN**
Name

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2020** _____
MM / DD / YYYY

**X** **/s/ MARK BRADLEY** _____
Signature of authorized representative of debtor

**MARK BRADLEY**
Printed name

Title   **CHIEF EXECUTIVE OFFICER** _____

**18. Signature of attorney**

**X** **/s/ Thomas E. Crowe** _____
Signature of attorney for debtor

Date   **June 25, 2020** _____
MM / DD / YYYY

**Thomas E. Crowe**
Printed name

**THOMAS E. CROWE PROFESSIONAL LAW CORPORATION**
Firm name

**2830 S. JONES BLVD, SUITE 3**
**Las Vegas, NV 89146**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 794-0373** _____   Email address   **tcrowe@thomascrowelaw.com**

**3048 NV** _____
Bar number and State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Nevada

In re    **PLAYERS NETWORK**

Case No.    **20-12890-MKN**

Chapter    **11**

Debtor(s)

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **72811P102** .

2. The following financial data is the latest available information and refers to the debtor's condition on   **6/25/2020** .

a. Total assets    $    **58,000.00**

b. Total debts (including debts listed in 2.c., below)    $    **5,252,096.86**

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | | Amount | Holders |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 3,800,000.00 | 8,600 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | 0.00 | 0 |

d. Number of shares of preferred stock    5,000,000    1

e. Number of shares common stock    0    8,603

Comments, if any:
**The approximate number of shares of common stock is 5,000,000,000.**

3. Brief description of Debtor's business:
**Players Network's primary business is focused on television, video and new media production, delivery platforms and content.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**MARK BRADLEY**