E FILED ON 06/29/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd., Ste. 3
Las Vegas, NV 89146
(702) 794-0373
Attorney For Debtor
Nevada State Bar No. 3048

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
******

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S- 20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: |
| | ) | Time: |

**EX PARTE MOTION FOR ORDER SHORTENING TIME RE:**
**MOTION TO CONVERT TO CHAPTER 11**

Comes now, Debtor, by and through its attorney, THOMAS E. CROWE, ESQ., and moves this Court for an Order Shortening Time in which to hear the Motion To Convert Chapter 11.

This Motion is made and based upon the papers and pleadings on file herein and upon the Affidavit attached hereto.

DATED this 29th day of June, 2020.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
By /s/ THOMAS E. CROWE
  THOMAS E. CROWE, ESQ.
  2830 S. Jones Blvd., Ste. 3
  Las Vegas, Nevada 89146

## AFFIDAVIT OF THOMAS E. CROWE, ESQ.

STATE OF NEVADA  )
                 ss:
COUNTY OF CLARK  )

THOMAS E. CROWE, ESQ., being first duly sworn, deposes and says:

1. That he is the attorney of record in the above-captioned matter and is licensed to practice law in the State of Nevada.

2. That he is competent to testify to the matters related herein to the best of his own knowledge and belief.

3. That Affiant believes this to be an urgent matter in that the Debtor will not be able to proceed with its case until it is converted to the proper Chapter 11 status.

Therefore, Affiant requests that the Court enter its order shortening the time in which to hear the Motion on or before July 8, 2020.

/s/ THOMAS E. CROWE, ESQ.
THOMAS E. CROWE, ESQ.

SUBSCRIBED and SWORN to before me

This 29th day of June, 2020.

/s/JANE NOBLE
JANE NOBLE
NOTARY PUBLIC in and for said
Clark County and Nevada, State.

###