E FILED ON 06/29/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd., # 3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor
Nevada State Bar no. 3048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| In re: | ) | BANKRUPTCY NUMBER: |
| --- | --- | --- |
| | ) | BK-S- 20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: |
| | ) | Time: |

## ATTORNEY INFORMATION SHEET
## RE: EX PARTE MOTION TO CONVERT TO STANDARD CHAPTER 11

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
| --- | --- | --- | --- |
| Tedd Burr<br>Chapter 11 Trustee | 6/29/2020 | XX | |
| Michelle Forrest<br>Bankruptcy Analyst<br>Region 17 Las Vegas Office<br>United States Trustee | 6/29/2020 | | XX |

Respectfully Submitted by:

DATE: June 29, 2020

/s/THOMAS E. CROWE, ESQ.
THOMAS E. CROWE

###