E FILED ON 06/30/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd., Ste. 3
Las Vegas, NV 89146
(702) 794-0373
Attorney For Debtor
Nevada State Bar No. 3048

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
******

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S- 20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: July 8, 2020 |
| | ) | Time: 9:30 a.m. |

## CERTIFICATE OF ELECTRONIC MAIL TRANSMISSION RE: ORDER SHORTENING TIME AND MOTION TO CONVERT TO STANDARD CHAPTER 11

I, DONOVAN BOSQUE, hereby certify that a copy of the Order Shortening Time and Motion

To Convert to Standard Chapter 11, in the above-entitled case, was noticed by me on June 30, 2020

by emailing a copy thereof to the following:

Ted Burr
Chapter 11 Trustee
Ted@MacRestructuring.com

Michelle Forrest
Region 17 Las Vegas Office, U.S. Trustee
Michelle.Forrest@usdoj.gov

/s/ DONOVAN BOSQUE
DONOVAN BOSQUE, an employee of
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

###