

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 14, 2020
_____

E FILED ON 07/13/2020
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowelaw@yahoo.com
Nevada State Bar no. 3048
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S- 20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date:    July 8, 2020 |
| _____ | ) | Time:   9:30 a.m. |

**ORDER RE:  MOTION TO CONVERT TO STANDARD CHAPTER 11**

This matter having come before the Court on July 8, 2020, THOMAS E. CROWE, ESQ., attorney for Debtor-In-Possession, having been present, for good cause appearing therefore, it is therefore ORDERED AND DECREED:

THAT the above-entitled matter be converted to a Standard Chapter 11 of the United

/ / /

/ / /

/ / /

/ / /

States Bankruptcy Code.

THAT the Debtor-In-Possession shall be substituted in as Trustee in its case.

THAT the Amended Small Business Subchapter V Plan on filed on June 24, 2020, Docket Number 29 is hereby withdrawn.

THAT Subchapter V Status Conference, scheduled for August 5, at 9:30 a.m. and Subchapter V Status Report due on July 22, 2020 are hereby vacated.

Respectfully Submitted by:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION


By  /s/ THOMAS E. CR0WE
  THOMAS E. CROWE, ESQ.
  2830 S. Jones Blvd. #3
  Las Vegas, NV  89146
  Attorney for Debtors

In Accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
_____ The Court has waived the requirement set forth in LR 9021(b)(1).
_____ No party appeared at the hearing or filed an objection to the motion.
X\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

     /s/Ivan J. Reich
Ivan J. Reich
Attorney for SBI Investments LLC, 2014-1
Approved

_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

By  /s/ THOMAS E. CR0WE
THOMAS E. CROWE, ESQ.

# # #