Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 23, 2020

___

Lindsay P.S. Kolba, Assistant United States Trustee
State Bar No. GA 541621
Cameron M. Gulden, Trial Attorney
State Bar No. MN 310931
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600, Ext. 234
Fax: (702) 388-6658
Attorneys for the United States Trustee for Region 17
       TRACY HOPE DAVIS

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No: BK-S-20-12890-MKN |
| | Chapter 11 |
| **PLAYERS NETWORK,** | |
| | Date: July 22, 2020 |
| Debtor. | Time: 9:30 a.m. |
| | Location: Foley Courtroom 2 |

**ORDER DENYING WITHOUT PREJUDICE DEBTOR'S MOTION FOR ORDER TO EXCUSE LISTING OF EQUITY SECURITY HOLDERS**

Based on the *Motion for Order to Excuse Listing of Equity Security Holders* [ECF No. 17] (the "Motion") filed by Players Network (the "Debtor"), the *United States Trustee's*

1. *Opposition to Debtor's Motion for Order to Excuse Listing of Equity Security Holders* [ECF
2. No. 40], the *Creditor, Convertible Note Holder, SBI Investments LLC, 2014-1's Objection to*
3. *Debtor's Motion for Order to Excuse Listing of Equity Security Holders (D.E. 17)* including the
4. supplements thereto [ECF Nos. 39, 44 & 45], the hearing held on July 22, 2020 (appearances
5. noted on the record), the Court having stated on the record its findings of fact and conclusions
6. of law, which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure
7. 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having
8. been shown,

**IT IS HEREBY ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Edward M. McDonald Jr.*
    Edward M. McDonald Jr., Esq.
    United States Department of Justice
    Attorney for the United States Trustee

RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| APPROVE/DISAPPROVE | **APPROVE**/~~DISAPPROVE~~ |
|---|---|
| _____ THOMAS E. CROWE, ESQ. Thomas E. Crowe P.L.C. 2830 S. Jones Blvd, Suite 3 Las Vegas, Nevada 89146  *Counsel for the Debtor* | /s/ Brian D. Shapiro _____ BRIAN D. SHAPIRO, ESQ. Law Office of Brian D. Shapiro, LLC 510 S. 8th Street Las Vegas, NV 89101  *Attorney for SBI Investments LLC, 2014-1* |
| | **APPROVE**/~~DISAPPROVE~~  /s/ Ivan J. Reich _____ IVAN J. REICH, ESQ. Nason, Yeager, Gerson, Harris & Fumero, P.A. 3001 PGA Boulevard, Suite 305 Palm Beach Gardens, Florida 33410  *Attorney for SBI Investments LLC, 2014-1* |

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

By: */s/ Edward M. McDonald Jr.*
Edward M. McDonald Jr., Esq.
United States Department of Justice
Attorney for the United States Trustee

## RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| **APPROVE**/DISAPPROVE | APPROVE/DISAPPROVE |
|---|---|
| *[signature]* <br> THOMAS E. CROWE, ESQ. <br> Thomas E. Crowe P.L.C. <br> 2830 S. Jones Blvd, Suite 3 <br> Las Vegas, Nevada 89146 <br><br> *Counsel for the Debtor* | BRIAN D. SHAPIRO, ESQ. <br> Law Office of Brian D. Shapiro, LLC <br> 510 S. 8th Street <br> Las Vegas, NV 89101 <br><br> *Attorney for SBI Investments LLC, 2014-1* |
|  | APPROVE/DISAPPROVE <br><br> IVAN J. REICH, ESQ. <br> Nason, Yeager, Gerson, Harris & Fumero, P.A. <br> 3001 PGA Boulevard, Suite 305 <br> Palm Beach Gardens, Florida 33410 <br><br> *Attorney for SBI Investments LLC, 2014-1* |

☐ I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Edward M. McDonald Jr.
Edward M. McDonald Jr., Esq.
United States Department of Justice
Attorney for the United States Trustee