E FILED ON 07/29/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowe@thomascrowelaw.com
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtors-in-possession
Nevada State Bar no. 3048

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | CASE No. 20-12890-mkn |
| **PLAYERS NETWORK** | Chapter 11 |
| **Debtor.** | Date: September 3, 2020<br>Time: 9:30 a.m. |

**NOTICE OF HEARING RE: SUBCHAPTER V TRUSTEES FIRST
AND FINAL FEE APPLICATION**

**THE COURT,** the Debtors, the Office of the United States Trustee, and all creditors and parties in interest are hereby notified of a hearing on an application for compensation and reimbursement of expenses of the Debtors' attorney:

Applicant: THOMAS E. CROWE PROFESSIONAL LAW CORPORATION
Judge: Mike K. Nakagawa
Place: Foley Federal Building
Bankruptcy Courtroom No. 2
300 Las Vegas Boulevard South
Las Vegas, NV 89101
Compensation/expenses sought: $3,675.00

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Application ***no later than 14***

*days* preceding the hearing date for the motion, unless an exception applies (see Local rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE** is further given that the hearing on said Application will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Bankruptcy Courtroom No. 2, Las Vegas, Nevada 89101 on September 3, 2020, at the 9:30 a.m..

DATED: July 29, 2020

                                      THOMAS E. CROWE PROFESSIONAL
                                      LAW CORPORATION
                                      By /s/ THOMAS E. CROWE
                                          THOMAS E. CROWE, ESQ.
                                          2830 S. Jones Blvd. #3
                                          Las Vegas, Nevada 89146
                                          Attorney for Debtor

                                          ####