United States Bankruptcy Court
District of Nevada

In re:  
PLAYERS NETWORK  
       Debtor

Case No. 20-12890-mkn  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0978-2      User: castellan      Page 1 of 1      Date Rcvd: Jul 27, 2020  
                            Form ID: ovpbk       Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr              SBI INVESTMENTS, LLC 2014-1  
                                                                                                             TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:  
              BRIAN D. SHAPIRO     on behalf of Creditor     SBI INVESTMENTS, LLC 2014-1 brian@brianshapirolaw.com, kristin@brianshapirolaw.com;6855036420@filings.docketbird.com  
              IVAN J REICH     on behalf of Creditor     SBI INVESTMENTS, LLC 2014-1 ireich@nasonyearger.com  
              THOMAS E. CROWE     on behalf of Debtor     PLAYERS NETWORK tcrowe@thomascrowelaw.com, tcrowe@lvcoxmail.com;appstcl@yahoo.com  
              U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov  
                                                                                                                             TOTAL: 4

NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

PLAYERS NETWORK
    dba THE PLAYERS NETWORK
    dba THE PLAYERS NETWORK, INC.

Debtor(s)

BK–20–12890–mkn
CHAPTER 11

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by IVAN J. REICH, ESQ. is **GRANTED**.

Dated: 7/27/20

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court