E FILED ON 8/25/20
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: 9/30/20 |
| | ) | Time: 9:30 a.m. |

### NOTICE OF HEARING RE:
### FIRST APPLICATION OF THOMAS E. CROWE, ATTORNEY FOR DEBTOR, FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

**NOTICE IS HEREBY GIVEN** that a First Application of Thomas E. Crowe, Attorney for Debtor, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses was filed on August 25, 2020 by THOMAS E. CROWE, ESQ.. The application seeks the following relief:   Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local rule

9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 2, Las Vegas, Nevada 89101 on September 30, 2020, at the hour of 9:30 a.m..

DATED this 25th day of August, 2020.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By /s/ THOMAS E. CROWE
THOMAS E. CROWE, ESQ.
2830 S. Jones Blvd.
Suite 3
Las Vegas, NV  89147
Attorney for Debtor

###