*Mary A Schott*

Mary A. Schott
Clerk of Court

Entered on Docket
September 01, 2020

IVAN J. REICH, ESQ.
FBN: 778011
Nason, Yeager, Gerson, Harris & Fumero, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410
Tel.: 561-227-4562
Fax: 561-982-7116
Email: ireich@nasonyeager.com
*Attorneys for SBI Investments LLC, 2014-1*

BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
Law Office of Brian D. Shapiro, LLC
510 S. 8th Street
Las Vegas, NV 89101
Tel: 702-386-8600
Fax: 702-383-0994
*Attorneys for SBI Investments LLC, 2014-1*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: Players Network dba The Players Network & The Players Network, Inc.<br><br>Debtor. | Case No. 20-12890-mkn<br>Chapter 11<br><br>ORDER GRANTING EX-PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 OF JENNIFER SOLAS |

-1-

*SBI Investments LLC, 2014-1* ("SBI"), by and through its undersigned counsel, having filed an exparte motion for an order directing the examination pursuant to Fed. R. Bankr. P. 2004 of JENNIFER SOLAS and for good cause appearing it is hereby

ORDERED, that the Motion is GRANTED. It is further

ORDERED, that JENNIFER SOLAS shall appear for an examination under oath before a certified court reporter and/or videographer, upon no less than fourteen (14) calendar days' written notice, as to any matter permitted by Fed. R. Bankr. P. 2004, including but not limited to the mattes specifically enumerated in the Motion.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ Brian D. Shapiro, Esq.
BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
Law Office of Brian D. Shapiro, LLC
510 S. 8th Street
Las Vegas, NV 89101
Tel: 702-386-8600
Fax: 702-383-0994