

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 03, 2020
_____

E FILED ON 09/02/2020
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowe@thomascrowelaw.com
Nevada State Bar no. 3048
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**\* \* \* \* \* \***

| In re: | ) | BANKRUPTCY NUMBER: |
|---|---|---|
|  | ) | BK-S- 20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | Date:  September 2, 2020 |
| _____ | ) | Time:   9:30 a.m. |

**ORDER RE:  SUBCHAPTER V TRUSTEES FIRST AND FINAL FEE APPLICATION**

THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, filed by the Debtor's attorney, having come on for hearing on the date and time referenced above, the Court having considered any objections filed or raised at the hearing, it is hereby:

///

///

///

///

ORDERED that compensation and expenses in the amount of $3,675.00 is hereby approved for distribution to the Subchapter V Trustee as an administrative expense.

Respectfully Submitted by:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION


By __/s/ THOMAS E. CR0WE_____
  THOMAS E. CROWE, ESQ.
  2830 S. Jones Blvd. #3
  Las Vegas, NV  89146
  Attorney for Debtors

In Accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
  _____	The Court has waived the requirement set forth in LR 9021(b)(1).
  X_____	No party appeared at the hearing or filed an objection to the motion.
  _____	I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
  _____	I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                                              By __/s/ THOMAS E. CR0WE_____
                                                      THOMAS E. CROWE, ESQ.

# # #