E FILED ON 09/09/20
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
2830 S. Jones Blvd.
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: ) | BANKRUPTCY NUMBER: | |
| ) | BK-S-20-12890-MKN | |
| PLAYERS NETWORK, ) | Chapter 11 | |
| ) | | |
| ) | | |
| Debtor. ) | Date: 9/30/20 | |
| ) | Time: 9:30 a.m. | |

**NOTICE TO VACATE HEARING RE:**
**FIRST APPLICATION OF THOMAS E. CROWE,  ATTORNEY FOR DEBTOR,  FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that the hearing re: FIRST APPLICATION OF

THOMAS E. CROWE, ATTORNEY FOR DEBTOR, FOR THE ALLOWANCE OF

COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSMENT

OF EXPENSES, scheduled for September 30 , at 9:30 a.m., is hereby vacated.

DATED this 9th   day of   September, 2017.

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
  /s/ THOMAS E. CROWE  
THOMAS E. CROWE, ESQ.
State Bar No. 3048
2830 S. Jones Blvd., #3
Las Vegas, NV   89146
Attorney for Debtor