E FILED ON 09/23/2020
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowe@thomascrowelaw.com
2830 S. Jones Blvd. #3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor
Nevada State Bar no. 3048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-20-12890-MKN |
| PLAYERS NETWORK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Date: October 7, 2020 |
| | ) | Time: 9:30 a.m. |

## DECLARATION OF MARK BRADLEY

COMES NOW, MARK BRADLEY, makes the following declaration:

1. That Debtor has been in existence since 1993 and, for approximately twenty-five years focused exclusively on television, video, and newer media production and delivery.

2. That Debtor is not involved in development of cannabis products.

3. That Debtor recently acquired a stake in a subsidiary named GLFI. GLFI has to date not generated any net income for Debtor. Debtor does not anticipate that the near-term revenue of the business will be funded by any proceeds from the subsidiary.

4. That based upon pre-petition solicitation, Debtor believes it can meet the requirements for confirmation under Code §1129 and §1126(c) since the sole voting class will approve the Plan by the requisite majorities.

///

///

5. That Debtor is not at this time, either itself or through its subsidiary, generating income from production or distribution of cannabis products.

DATED this 23rd day September, 2020.

_____
MARK BRADLEY