NVB 8010–1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | | |
|---|---|---|---|
| IN RE: | | BK–20–12890–mkn | |
| PLAYERS NETWORK | | CHAPTER 11 | |
| | Debtor(s) | Appeal Reference Number: | 20–28 |
| | | USDC Number: | 20–cv–01847–RFB |
| PLAYERS NETWORK | Appellant(s) | STATUS REPORT REGARDING RECORD ON APPEAL | |
| vs | | | |
| AUCTUS FUND LLC | Appellee(s) | | |

To:    U.S. District Court
        Lloyd D. George U.S. Courthouse
        333 Las Vegas Boulevard South
        Las Vegas, NV 89101

        U.S. Trustee

The record on the above−entitled appeal has not been forwarded for the following reason(s):

*    No Designation of Record Filed
*    No Statement of Issues Filed

Dated: 10/16/20

*/s/ Mary A. Schott*

Mary A. Schott
Clerk of Court